JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA ELMORE, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>BOWTECH, INC., a business entity form unknown; EXCALIBUR CROSSBOW, INC., a business entity form unknown; and DOES 1 through 100, inclusive,<br><br>      Defendants. | CASE NO.: 2:20-CV-06457-MCS-SK<br><br>**ORDER REMANDING ACTION** |

Having reviewed the parties' February 3, 2021 Stipulation (ECF No. 24) and accompanying declaration establishing that this matter's amount-in-controversy does not exceed $75,000, the Court **GRANTS** the Stipulation and **REMANDS** this action to the Superior Court of the State of California in and for the County of San Luis Obispo because this Court lacks subject-matter jurisdiction. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated:  February 5, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE